Terry E. Welch (5819)
Bentley J. Tolk (6665)
Rodger M. Burge (8582)
PARR BROWN GEE & LOVELESS
101 South 200 East, Suite 700
Salt Lake City, Utah  84111
Telephone:  (801) 532-7840
Facsimile:  (801) 532-7750
twelch@parrbrown.com
btolk@parrbrown.com
rburge@parrbrown.com

Attorneys for Defendants Kevin Long
and Millcreek Commercial Properties, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CLIFF YANG,<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN LONG; MILLCREEK COMMERCIAL PROPERTIES, LLC; COLLIERS INTERNATIONAL; and AMERICAN DEVELOPMENT PARTNERS<br><br>Defendants. | MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF DEFENDANTS KEVIN LONG AND MILLCREEK COMMERCIAL PROPERTIES, LLC'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT (SECOND)<br><br>(Expedited Disposition Requested)<br><br>Case No. 2:24-cv-00755-RJS-DBP<br>Judge Robert J. Shelby<br>Magistrate Judge Dustin B. Pead |

RELIEF SOUGHT AND GROUNDS FOR THE RELIEF

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendants Kevin Long ("Long") and Millcreek Commercial Properties, LLC ("Millcreek") hereby move the Court to extend the due date from December 13, 2024 through and including December 23, 2024 for

Long and Millcreek to file a reply memorandum in support of their Motion to Dismiss Plaintiff's Amended Complaint (Second) (the "Motion to Dismiss") [Dkt. #29.]. The grounds for this motion are that it is timely, and good cause exists for the requested extension because: (i) pre-existing obligations in other cases for counsel for Long and Millcreek, including responding to discovery requests where extensions were already granted and preparation for depositions scheduled months ago, prevented counsel from having sufficient time to fairly and fully respond to the arguments made by plaintiff in his opposition to the Motion to Dismiss; (ii) the extension is only for an additional ten (10) days to file a reply in support of a dispositive motion; and (iii) this would be the first such extension granted.

## STATEMENT OF RELEVANT FACTS

1. On November 18, 2024, Long and Millcreek filed their Motion to Dismiss. [Dkt. 29.]

2. On December 2, 2024, plaintiff filed his Opposition to the Motion to Dismiss. [Dkt. 33.]

3. On December 10, 2024, counsel for Long and Millcreek asked plaintiff for an extension on the time to file a reply in support of the Motion to Dismiss through and including December 23, 2024, explaining that pre-existing conflicts have prevented counsel from being able to prepare a reply by the current deadline of December 13, 2024. [*See* email chain from Rodger M. Burge to Cliff Yang, attached hereto as Exhibit "A."]

4. On the same day, Mr. Yang denied the request by simply responding: "Absolutely not." [*See id.*]

ARGUMENT

Rule 6(b)(1)(A) provides:

*In General.* When an act may or must be done within a specified time, the court may, for good cause, extend the time:
    (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires ….

FED. R. CIV. P. 6(b)(1)(A). The current deadline for Long and Millcreek to file a reply is December 13, 2024, and thus this motion is timely. Good cause also exists for extending the deadline because pre-existing obligations in other cases have prevented Long and Millcreek's legal counsel from preparing a reply within the current deadline. Specifically, Long and Millcreek's legal counsel has been responding to discovery in other cases for which an extension has already been granted, and preparing written discovery and preparing for depositions in another case that were scheduled months ago. The requested extension would only be for an additional ten days, and this is the first requested extension by Long and Millcreek. Accordingly, good cause exists to grant the requested extension.

    Long and Millcreek's legal counsel reached out to plaintiff in hopes of getting his cooperation in granting the 10-day extension, thereby obviating the need for the Court to rule on a contested request for an extension. Unfortunately, plaintiff, who is appearing *pro se*, is likely unaware of professional courtesies and rules or norms of civility in litigation. Consequently, when asked for a ten-day extension, he simply responded "Absolutely not."

    For the reasons set forth above, Long and Millcreek respectfully request that the Court grant the motion. A proposed Order Extending Time to File a Reply in Support of Motion to Dismiss is attached hereto as Exhibit "B."

## REQUEST FOR EXPEDITED DISPOSITION

Since the current deadline to file a reply is December 13, 2024, Long and Millcreek hereby request expedited disposition of the motion.

RESPECTFULLY SUBMITTED this 11th day of December, 2024.

                PARR BROWN GEE & LOVELESS

                By: /s/ Rodger M. Burge
                    Terry E. Welch
                    Bentley J. Tolk
                    Rodger M. Burge
                    Attorneys for Defendants Kevin Long and
                    Millcreek Commercial Properties, LLC

CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of December, 2024 a true and correct copy of the foregoing MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF DEFENDANTS KEVIN LONG AND MILLCREEK COMMERCIAL PROPERTIES, LLC'S MOTION TO DISMISS PLAINTIFF'S FIRST COMPLAINT (SECOND) was served via the Court's ECF electronic filing system on all parties making an appearance in this matter, and by emailing plaintiff a courtesy copy at cliffjenn@gmail.com

/s/ Rodger M. Burge