| | |
|---|---|
| **From:** | Cliff Yang |
| **To:** | Rodger M. Burge |
| **Cc:** | Bentley J. Tolk |
| **Subject:** | Re: Plaintiff"s Opposition to [26] MOTION to Dismiss or, in the Alternative, for More Definite Statement, filed by Plaintiff Cliff Yang. |
| **Date:** | Tuesday, December 10, 2024 8:09:17 PM |



Absolutely not.

On Tue, Dec 10, 2024, 5:09 PM Rodger M. Burge <rburge@parrbrown.com> wrote:

> Hi Cliff:
>
> I represent Kevin Long and Millcreek Commercial Properties, LLC in this case. I am writing to request an extension through December 23rd in which to file a reply in support of the Motion to Dismiss. Our schedules and pre-existing conflicts have prevented us from being able to prepare a reply before the due date. Are you willing to grant this extension?
>
> Thanks,
>
> **Rodger M. Burge** | Attorney | **Parr Brown Gee & Loveless** | A Professional Corporation
> 101 South 200 East, Suite 700 | Salt Lake City, Utah  84111
> D: 801.257.7906 | T: 801.532.7840 | F: 801.532.7750 | rburge@parrbrown.com | www.parrbrown.com
>
> Information in this message (including any attachments) is confidential, may be legally privileged, and is intended solely for the use of the person(s) identified above.  The sender did not intend to waive any privilege by sending this message.  If you are not the intended recipient of this message, please notify the sender by replying to this message and delete the original and any copies of the message.  Any duplication, dissemination or distribution of this message by unintended recipients is prohibited.
>
> **From:** Cliff Yang <cliffjenn@gmail.com>
> **Sent:** Monday, December 2, 2024 9:40 AM
> **To:** astettler@djplaw.com; Gilson, James D. <james.gilson@dentons.com>; Bentley J. Tolk <btolk@parrbrown.com>; Averee Schaap <aschaap@parrbrown.com>; calendar <calendar@parrbrown.com>; Crista Yancey <cyancey@parrbrown.com>; Rodger M. Burge

<rburge@parrbrown.com>; Wendy Tuckett <wtuckett@parrbrown.com>; schnibbe@mvmlegal.com; coley@mvmlegal.com; vonmaack@mvmlegal.com; Wright, Andrew <andy.wright@dentons.com>; Altamirano, Kim <kim.altamirano@dentons.com>; Nielson, David B. <david.nielson@dentons.com>; dkent@trenam.com
**Cc:** Jennifer Wong <jenniferhomeloan@gmail.com>; Cliff Yang <cliffjenn@gmail.com>
**Subject:** Re: Plaintiff's Opposition to [26] MOTION to Dismiss or, in the Alternative, for More Definite Statement, filed by Plaintiff Cliff Yang.

To Defendants (Resent Courtesy Copy)

As shown in the attachment:

Plaintiff's Opposition to Defendants Kevin Long and Millcreeks' Motion to Dismiss (Docket #33 as shown on 12/2/2024)

On Wed, Nov 27, 2024 at 3:40 PM Cliff Yang <cliffjenn@gmail.com> wrote:

> To Defendants ( Resent Courtesy Copy)
>
> As see in the attachment
>
> --
>
> Best Wishes
>
> CLIFF YANG (205-540-2248)
>
> &
>
> JENNIFER WONG (205-617-9999)

--

Best Wishes

CLIFF YANG (205-540-2248)

&

JENNIFER WONG (205-617-9999)