Terry E. Welch (5819)
Bentley J. Tolk (6665)
Rodger M. Burge (8582)
PARR BROWN GEE & LOVELESS
101 South 200 East, Suite 700
Salt Lake City, Utah  84111
Telephone:  (801) 532-7840
Facsimile:  (801) 532-7750
twelch@parrbrown.com
btolk@parrbrown.com
rburge@parrbrown.com

Attorneys for Defendants Kevin Long
and Millcreek Commercial Properties, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CLIFF YANG,<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN LONG; MILLCREEK COMMERCIAL PROPERTIES, LLC; COLLIERS INTERNATIONAL; and AMERICAN DEVELOPMENT PARTNERS<br><br>Defendants. | ORDER EXTENDING TIME TO FILE REPLY IN SUPPORT OF DEFENDANTS KEVIN LONG AND MILLCREEK COMMERCIAL PROPERTIES, LLC'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT (SECOND)<br><br>Case No. 2:24-cv-00755-RJS-DBP<br><br>Judge Robert J. Shelby<br>Magistrate Judge Dustin B. Pead |

Defendants Kevin Long ("Long") and Millcreek Commercial Properties, LLC ("Millcreek") moved the Court for an order extending the time for them to file a reply in support of their Motion to Dismiss Plaintiff's Amended Complaint (Second) [Dkt. #29] (the "Motion to Dismiss"), and finding good cause exists in this case for the requested extension, the Court

hereby grants the motion and extends Long and Millcreek's deadline to file a reply in support of the Motion to Dismiss through and including December 23, 2024.

    IT IS SO ORDERED.

    DATED this _____ day of December, 2024.

                                    BY THE COURT:

                                    Magistrate Judge Dustin B. Pead

CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of December, 2024 a true and correct copy of the foregoing ORDER EXTENDING TIME TO FILE REPLY IN SUPPORT OF DEFENDANTS KEVIN LONG AND MILLCREEK COMMERCIAL PROPERTIES, LLC'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT (SECOND) was served via the Court's ECF electronic filing system on all parties making an appearance in this matter, and by emailing plaintiff a courtesy copy at cliffjenn@gmail.com.

/s/ Rodger M. Burge